

# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

July 27, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-10-000772 and Court of Appeals number 03-15-00446-CV, styled, BAXTER OIL SERVICES, LTD V. TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, is due in your office today, July 27, 2015. Due to the size of the clerk's record, it is necessary to split the record into two (2) volumes and hand number the second volume. Therefore, I am requesting an extension for filing the clerk's record by August 4, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-4309

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |